# UNITED STATES DISTRICT COURT
for the
for the Northern District of Indiana

| | | |
|---|---|---|
| **Andrew James McGonigle, on behalf of himself and others similarly situated** <br> *Plaintiff* <br> v. <br> **Moriarty Gem Corp.** <br> *Defendant* | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:25-cv-398 |

## AFFIDAVIT OF SERVICE

I, Mitchell Reynolds, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Moriarty Gem Corp. in Lake County, IN on July 25, 2025 at 4:29 pm at 126 South Main Street, Crown Point, IN 46307 by leaving the following documents with Unknown who as Employee is authorized by appointment or by law to receive service of process for Moriarty Gem Corp..

Summons In A Civil Action, Class Action Complaint

Additional Description:
I attempted to enter the place of business, however it was outside of showroom hours. I then called the place of business, a woman answered the phone. I asked if I could speak with Steven Mortiarty. She informed me that he was present at the office, but was in the middle of a livestream. I informed her that I was outside of their office and that I was there to deliver legal paperwork. She came outside and I served the entity.

White Female, est. age 35-44, glasses: N, Brown hair, Unknown, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=41.4168707,-87.3641792
Photograph: See Exhibit 1

Total Cost: $120.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Porter County, IN on 7/29/2025.

/s/ *Mitchell Reynolds*
Signature
Mitchell Reynolds
+1 (219) 841-1296

Exhibit 1a)

