UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ANDREW JAMES MCGONIGLE, on behalf of himself and others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>MORIARTY GEM CORP.,<br><br>      Defendant. | Case No. 1:25-cv-00398-ALT |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for **Moriarty Gem Corp.**

Date:  August 14, 2025

Respectfully submitted,

ICE MILLER LLP

*/s/ Andrew J. Miroff*
Andrew J. Miroff, Attorney No. 21749-49
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Phone: (317) 236-2267
Fax: (317) 236-2219
Drew.Miroff@icemiller.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 14, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Andrew J. Miroff*
Andrew J. Miroff