UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ANDREW JAMES MCGONIGLE, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MORIARTY GEM CORP.,<br><br>    Defendant. | Case No. 1:25-cv-00398-ALT |

## CORPORATE DISCLOSURE STATEMENT

Defendant Moriarty Gem Corp. ("Moriarty Gem") submits this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and the Court's General Order No. 2023-06. Moriarty Gem states:

1. Moriarty Gem does not have a parent corporation, and no publicly held corporation has an ownership interest in Moriarty Gem.

2. There is no presently known insurance carrier that may be liable in whole or in part, directly or indirectly, for a judgment against Moriarty Gem in this action or for its cost of defense.

3. Plaintiff asserts federal jurisdiction under 28 U.S.C. § 1331 and 47 U.S.C. § 227(c)(5).  (Dkt. 1, ¶ 3.)

4. No additional disclosures are required under this Court's General Order No. 2023-06 or the Federal Rules of Civil Procedure.

Respectfully submitted,

ICE MILLER LLP

*/s/ Libby Moyer*
Andrew J. Miroff, Atty. No. 21749-49
Libby Moyer, Atty. No. 36910-71
drew.miroff@icemiller.com
libby.moyer@icemiller.com

***Counsel for Defendant Moriarty Gem Corp.***

### CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Libby Moyer*
Libby Moyer

ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN 46282-0200
317-236-2100
libby.moyer@icemiller.com