UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

ANDREW JAMES MCGONIGLE, on behalf of himself and others similarly situated,

    Plaintiff,

  v.

MORIARTY GEM CORP.,

    Defendant.

Case No. 1:25-cv-00398-ALT

**MORIARTY GEM CORP.'S NOTICE OF AUTOMATIC INITIAL EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendant Moriarty Gem Corp. ("Moriarty Gem"), by counsel, files its Notice of Automatic Initial Extension of Time to File a Response to Plaintiff's Complaint pursuant to Local Rule 6-1(b), and in support, states the following:

1. The deadline for Moriarty Gem to answer or otherwise respond to Plaintiff's Complaint is August 15, 2025. Said deadline has not expired.

2. The deadline for Moriarty Gem to file a responsive pleading in this matter has not previously been extended.

3. The extension is for twenty-eighty (28) days. Thus, Moriarty Gem's new deadline is September 12, 2025.

4. Counsel for Plaintiff has agreed to this extension.

Respectfully submitted,

ICE MILLER LLP

*/s/ Libby Moyer*
Andrew J. Miroff, Atty. No. 21749-49
Libby Moyer, Atty. No. 36910-71
drew.miroff@icemiller.com
libby.moyer@icemiller.com

***Counsel for Defendant Moriarty Gem Corp.***

### CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Libby Moyer*
Libby Moyer

ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN 46282-0200
317-236-2100
libby.moyer@icemiller.com