UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

ANDREW JAMES MCGONIGLE          )
                                )          CASE NO: 1:25-CV-398-ALT
                                )
MORIARTY GEM CORP.              )

**NOTICE OF PRELIMINARY PRETRIAL CONFERENCE**

 In accordance with Rule 16 of the Federal Rules of Civil Procedure, this cause is now set for a Pretrial Conference before Magistrate Andrew L. Teel to be held October 7, 2025 at 11:00 a.m. local time.[1]

 Consent to Magistrate Judge: Counsel shall indicate whether their clients are willing to consent to transfer this case to a Magistrate Judge for all purposes, including trial, by executing the Consent to Magistrate form. The consent form shall be executed and returned by either of the following means: by the United States mail, by personal delivery, by oral consent on the record during the preliminary pretrial conference or by email to fwclerks@innd.uscourts.gov. Pursuant to General Order 2018-2, counsel or parties shall submit their consent no later than 21 days after the preliminary pretrial conference.

 At the conference counsel shall be prepared to address the following:

 1. A proposed Discovery Plan under Fed. R. Civ. P. 26(f) shall be filed no later than 5 business days prior to the pretrial conference. The proposed "Report of Parties Planning Meeting"

---

[1] The following SHALL attend this conference in person:
 a. Counsel who live or have offices within a 125-mile radius of Fort Wayne, Indiana. This includes, but is not limited to, the following metropolitan areas: the entire Northern District of Indiana, Indianapolis, Indiana, Dayton and Toledo, Ohio, and Lansing, Michigan.
 b. Parties who live or have offices within a 125-mile radius of Fort Wayne, Indiana.

The following SHALL participate in the conference but MAY participate by telephone:
 a. Counsel who do not live or have offices within a 125-mile radius of Fort Wayne, Indiana.
 b. Parties who do not live or have offices within a 125-mile radius of Fort Wayne, Indiana.

"Parties" means either the named party or, if an entity, a representative with settlement authority. In the event of insurance coverage, any potentially responsible insurer will also be considered a "party" who must appear at the conference.

All persons wishing to appear by telephone **must** contact the Courtroom Deputy at teel_chambers@innd.uscourts.gov at least three business days prior to the conference. Failure to timely contact the Courtroom Deputy will result in leave to appear via telephone being denied. To connect to the conference, Parties should dial 833-568-8864, enter meeting ID: 161 6325 2172#, push # to skip entry of participant ID and enter passcode 039039# at least five minutes before the conference start time.

should include a deadline for dispositive motions. At the conference the Court will address those topics listed at Fed. R. Civ. P. 16(b) and (c).[2] Failure to timely file the report and proposed discovery plan may result in the imposition of sanctions in accordance with Fed. R. Civ. P. 16(f). At the conference, it is anticipated that the court will approve or modify the Report of Parties Planning Meeting;

2.      Consideration of the various forms of Alternative Dispute Resolution ("ADR") including mediation. If mediation is selected, the parties shall identify the mediatory in the Report of Parties Planning Meeting. If counsel cannot agree on a mediator then the court will make the selection. The parties are advised that it is the practice of Chief Judge Holly A. Brady that all civil cases must be submitted to mediation before a trial date will be set.

3.      Early resolution. The parties are encouraged to exchange initial settlement positions prior to the pretrial conference. Regardless of whether settlement positions have been exchanged, counsel should be prepared to discuss: 1) their legal and factual contentions; 2) the factors considered in arriving at the current settlement posture; and 3) the status of settlement negotiations to date.

Entry Date: August 14, 2025               s/Lindsay Franklin
                                          Deputy Clerk
                                          United States District Court

---

[2] Counsel are to deliver to their client, forthwith, a written estimate of the fees and expenses which their client will incur if this cause is fully litigated through trial. That estimate is also to contain a separate estimate of those fees and expenses reasonably expected to be incurred through an early successful mediation (i.e. a mediation occurring with sixty days of the Preliminary Pretrial Conference). Counsel shall then certify their compliance with this directive by filing a certification no less than three business days prior to the preliminary pretrial conference.