UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ANDREW JAMES MCGONIGLE, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORIARTY GEM CORP.,<br><br>Defendant. | Case No. 1:25-cv-00398-ALT |

**DEFENDANT MORIARTY GEM CORP.'S MOTION TO DISMISS
UNDER RULE 12(b)(6)**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Moriarty Gem Corp. ("Moriarty") moves this Court for an Order dismissing Plaintiff's Complaint against Moriarty for failure to state a claim for which relief may be granted. The grounds supporting this motion are set forth more fully in Moriarty's Brief in Support, filed herewith.

Dated this 12th day of September 2025.

Respectfully Submitted,

/s/  Andrew J. Miroff
Andrew J. Miroff (#21749-49)
Libby P. Moyer (#36910-71)
ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN  46282
Tel: (317) 236-2100
drew.miroff@icemiller.com
libby.moyer@icemiller.com

Joseph P. Bowser (*PHV Pending*)
ROTH JACKSON GIBBSON CONDLIN PLC
1519 Summit Avenue
Suite 102
Richmond, VA  23230
Tel: (804) 441-8701
jbowser@rothjackson.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon all parties of record via the Court's electronic filing system on September 12, 2025.

/s/ Andrew J. Miroff
Andrew J. Miroff

ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN  46282
drew.miroff@icemiller.com