

# PACER Case Locator

New Search | Saved Items | Court Information | Settings                                      Uyanga Batjargal

Party Search > Search Results
**Search Criteria:** Party Search; Last Name: [Mcgonigle]; First Name: [Andrew]; Middle Name: [James]; Exact Matches Only
**Result Count:** 27

| Party Name | Case Number | Case Title | Court | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| McGonigle, Andrew James (pla) | 8:2024cv02712 | McGonigle v. HSN, Inc. | FLORIDA MIDDLE DISTRICT COURT | 485 | 11/21/2024 | 08/11/2025 |
| McGonigle, Andrew James (pla) | 0:2024cv62443 | McGonigle v. Alliance Entertainment, LLC | FLORIDA SOUTHERN DISTRICT COURT | 485 | 12/29/2024 | 09/05/2025 |
| McGonigle, Andrew James (pla) | 1:2024cv25115 | McGonigle v. Everyday Dose LLC | FLORIDA SOUTHERN DISTRICT COURT | 485 | 12/30/2024 | 05/20/2025 |
| McGonigle, Andrew James (pla) | 9:2025cv80069 | McGonigle v. Office Depot, LLC | FLORIDA SOUTHERN DISTRICT COURT | 485 | 01/17/2025 | |
| McGonigle, Andrew James (pla) | 0:2025cv61164 | McGonigle v. Pure Green Franchise Corporation | FLORIDA SOUTHERN DISTRICT COURT | 485 | 06/10/2025 | |
| McGonigle, Andrew James (pla) | 1:2024cv12201 | McGonigle v. FTD, LLC | ILLINOIS NORTHERN DISTRICT COURT | 485 | 11/26/2024 | 05/07/2025 |
| McGonigle, Andrew James (pla) | 1:2025cv01674 | McGonigle v. SR Holdings Management LLC | ILLINOIS NORTHERN DISTRICT COURT | 485 | 02/18/2025 | |
| McGonigle, Andrew James (pla) | 1:2025cv00398 | McGonigle v. Moriarty Gem Corp. | INDIANA NORTHERN DISTRICT COURT | 485 | 07/18/2025 | |
| McGonigle, Andrew James (pla) | 3:2025cv00152 | McGonigle v. Shopperschoice.com, LLC | LOUISIANA MIDDLE DISTRICT COURT | 485 | 02/19/2025 | |
| MCGONIGLE, ANDREW JAMES (pla) | 2:2025cv02700 | McGonigle v. LG Electronics U.S.A., Inc. | NEW JERSEY DISTRICT COURT | 485 | 04/15/2025 | 08/21/2025 |
| McGonigle, Andrew James (pla) | 2:2024cv04293 | McGonigle v. Value City Furniture, Inc. | OHIO SOUTHERN DISTRICT COURT | 485 | 12/23/2024 | |
| MCGONIGLE, ANDREW JAMES (pla) | 2:2025cv00326 | MCGONIGLE v. PERPAY, INC. | PENNSYLVANIA EASTERN DISTRICT COURT | 485 | 01/20/2025 | 06/05/2025 |
| McGonigle, Andrew James (pla) | 1:2025cv00424 | McGonigle v Skull Shaver, LLC | VIRGINIA EASTERN DISTRICT COURT | 485 | 03/08/2025 | 08/27/2025 |
| McGonigle, Andrew James (pla) | 1:2024cv01820 | McGonigle v. Zale Delaware Inc. | VIRGINIA EASTERN DISTRICT COURT | 485 | 10/15/2024 | 06/30/2025 |
| McGonigle, Andrew James (pla) | 1:2024cv01887 | McGonigle v. SHOPPERSCHOICE.COM, L.L.C. d/b/a BBQGUYS.COM | VIRGINIA EASTERN DISTRICT COURT | 485 | 10/25/2024 | 02/19/2025 |
| Mcgonigle, Andrew James (pla) | 1:2024cv02063 | McGonigle v. Filters Fast LLC | VIRGINIA EASTERN DISTRICT COURT | 485 | 11/19/2024 | 06/11/2025 |
| McGonigle, Andrew James (pla) | 1:2024cv01742 | McGonigle v. Laurice El Badry Rahme, Ltd. | VIRGINIA EASTERN DISTRICT COURT | 485 | 10/01/2024 | 05/21/2025 |
| McGonigle, Andrew James (pla) | 1:2025cv00051 | McGonigle v. LG Electronics U.S.A., Inc. | VIRGINIA EASTERN DISTRICT COURT | 485 | 01/11/2025 | 04/14/2025 |
| McGonigle, Andrew James (pla) | 1:2025cv00052 | McGonigle v. D'Artagnan, Inc. | VIRGINIA EASTERN DISTRICT COURT | 485 | 01/11/2025 | 04/21/2025 |
| Mcgonigle, Andrew James (pla) | 1:2025cv00103 | Mcgonigle v. Richmond Fitness, INC. | VIRGINIA EASTERN DISTRICT COURT | 485 | 01/21/2025 | 03/04/2025 |
| Mcgonigle, Andrew James (pla) | 3:2025cv00167 | Mcgonigle v. Richmond Fitness, INC. | VIRGINIA EASTERN DISTRICT COURT | 485 | 01/21/2025 | 05/30/2025 |
| McGonigle, Andrew James (pla) | 1:2025cv00800 | McGonigle v. Robbins Research International, Inc. | VIRGINIA EASTERN DISTRICT COURT | 485 | 05/08/2025 | |
| McGonigle, Andrew James (pla) | 1:2025cv00807 | McGonigle v. Teleflora LLC | VIRGINIA EASTERN DISTRICT COURT | 485 | 05/09/2025 | |
| McGonigle, Andrew James (pla) | 1:2025cv00845 | McGonigle v. Telescents, Inc. | VIRGINIA EASTERN DISTRICT COURT | 485 | 05/15/2025 | |
| McGonigle, Andrew James (pla) | 1:2025cv01062 | McGonigle v. Dickey's Barbecue Restaurants, Inc. | VIRGINIA EASTERN DISTRICT COURT | 485 | 06/24/2025 | |
| McGonigle, Andrew James (cd) | 1:2025cv00800 | McGonigle v. Robbins Research International, Inc. | VIRGINIA EASTERN DISTRICT COURT | 485 | 05/08/2025 | |
| McGonigle, Andrew James (pla) | 3:2024cv00864 | McGonigle, Andrew v. Midwest Catalog Brands LLC | WISCONSIN WESTERN DISTRICT COURT | 485 | 12/05/2024 | |