# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ANDREW JAMES MCGONIGLE, *on behalf of himself and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> MORIARTY GEM CORP. <br><br> Defendant. | Civil Action No.: 25-cv-398 <br><br> Class Action Complaint <br><br> Jury Trial Demanded |

## Notice of Settlement

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within sixty days.

Dated: September 16, 2025         PLAINTIFF,

                           */s/ Anthony Paronich*
                           Anthony Paronich
                           Email: anthony@paronichlaw.com
                           PARONICH LAW, P.C.
                           350 Lincoln Street, Suite 2400
                           Hingham, MA 02043
                           Telephone: (617) 485-0018
                           Facsimile: (508) 318-8100