# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ANDREW JAMES MCGONIGLE, )<br>*on behalf of himself and* )<br>*others similarly situated*, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MORIARTY GEM CORP. )<br>)<br>Defendant. )<br>_____ ) | Civil Action No.: 1:25-cv-00398<br><br>Class Action Complaint<br><br>Jury Trial Demanded |

## Notice of Settlement

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within thirty days.

Dated: September 22, 2025        PLAINTIFF,


*/s/ Anthony Paronich*
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100