IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ANDREW JAMES MCGONIGLE, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MORIARTY GEM CORP., <br><br> Defendant. | Case No. 1:25-cv-00398-ALT |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Andrew James McGonigle files the dismissal of the Plaintiff's individual claims in this action shall be dismissed with prejudice, and without prejudice as to any claims of the putative class members, and with the parties bearing their own respective fees and costs.

ANDREW JAMES MCGONIGLE

By Counsel

By: */s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Phone: (508) 221-1510
anthony@paronichlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon all parties of record via the Court's electronic filing system on October ____, 2025.

/s/_____
Andrew J. Miroff

ICE MILLER LLP
One American Square. Suite 2900
Indianapolis, IN 46282
drew.miroff@icemiller.com